FILED
5/26/21 3:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NO. : 21-21166-GLT |
| RYAN A. WELLINGTON | : | |
| D'ANDREA NICOLE WELLINGTON | : | |
| DEBTORS | : | CHAPTER 13 |
| _____ | : | |
| RYAN A. WELLINGTON | : | |
| D'ANDREA NICOLE WELLINGTON | : | Related dkt. No. 13 |
| MOVANTS | : | |
| VS. | : | |
| | : | |
| NO RESPONDENTS | : | |

**ORDER GRANTING ADDITIONAL TIME TO FILE SCHEDULES
AND CHAPTER 13 PLAN**

AND NOW, this _____26th_____ day of ___May_____, 2021, upon the Motion of the above named Debtors, praying for an extension of time within which to file their completed Chapter 13 Bankruptcy Schedules and Chapter 13 Plan, and it appearing from the Motion that good cause exists for granting the relief prayed.  It is hereby:

ORDERED, ADJUDGED and DECREED that the time for the Debtors, Ryan A. Wellington and D'Andrea Nicole Wellington, to file their completed Chapter 13 Bankruptcy Schedules and Chapter 13 Plan be and is hereby extended to and including June 8, 2021.

BY THE COURT:

Dated: 5/26/21

_____
U.S. BANKRUPTCY JUDGE

cc: Michael C. Eisen

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                      Case No. 21-21166-GLT

Ryan A. Wellington                                                              Chapter 13

D'Andrea Nicole Wellington

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: lfin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 26, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol           Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                     regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2021:**

**Recip ID                            Recipient Name and Address**
db/jdb                              +  Ryan A. Wellington, D'Andrea Nicole Wellington, 112 Bouquet Street, Homestead, PA 15120-2304

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2021                        Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2021 at the address(es) listed below:**

**Name                              Email Address**

Keri P. Ebeck
                     on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich
                     on behalf of Creditor MIDFIRST BANK mmiksich@kmllawgroup.com

Michael C. Eisen
                     on behalf of Debtor Ryan A. Wellington attorneyeisen@yahoo.com  aarin96@hotmail.com

Michael C. Eisen
                     on behalf of Joint Debtor D'Andrea Nicole Wellington attorneyeisen@yahoo.com  aarin96@hotmail.com

Office of the United States Trustee
                     ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                     cmecf@chapter13trusteewdpa.com

District/off: 0315-2                                      User: lfin                                              Page 2 of 2
Date Rcvd: May 26, 2021                                  Form ID: pdf900                                    Total Noticed: 1

S. James Wallace
                              on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 7