IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENSYLVANIA

IN RE:                                          :
                                                :    CASE NO. 21-21166-GLT
RYAN A. WELLINGTON                              :
D'ANDREA NICOLE WELLINGTON                      :    CHAPTER 13
        DEBTORS                                 :
                                                :

PROOF OF INCOME


Filed on behalf of:
Ryan A. Wellington
D'Andrea Nicole Wellington


Counsel of Record:

Michael C. Eisen
PA ID # 74523
M. Eisen & Associates, P.C.
404 McKnight Park Drive
Pittsburgh, PA 15237
412-367-9005
attorneyeisen@yahoo.com

# American Airlines — Pay Statement

PHX-RWE-PAY
1-800-447-2000

Ryan Wellington
112 Bouquet St
Homestead PA  15120

| | | |
|---|---|---|
| Pay Frequency: | US Bi-Weekly | |
| Employee Type: | Regular | |
| Payment Date: | 04/23/2021 | |
| Hours Worked: | 20.00 | |
| Pay Period: | 04/12/2021 - 04/18/2021 | |
| Basis of Pay: | Hourly | |

Employee No:
Location: Greater Pittsburgh Airport
Company FEIN:

**Status/Allowance/Percent**
FED  Single  0
PA   Single  0

**Leave Balance**
Vacation  0.00
Sick      0.00
Hol Vac   0.00

## Summary

| Summary | Gross Earnings | Pre-Tax Deduction | Taxes | After-Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| Current | 241.60 | 0.00 | 30.46 | 0.00 | 211.14 |
| Year to Date | 241.60 | 0.00 | 30.46 | 0.00 | 211.14 |

## EARNINGS

| Earnings | Period End | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|---|
| Regular Pay | | 12.08 | 20.00 | 241.60 | 241.60 |
| Total Earnings | | | 20.00 | 241.60 | 241.60 |

| Taxable Earnings | Current | Year To Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 241.60 | 241.60 |
| EE Social Security Tax | 241.60 | 241.60 |
| EE Medicare Tax | 241.60 | 241.60 |
| **State Taxes PA** | | |
| Withholding Tax | 241.60 | 241.60 |
| **City PCAR** | | |
| Withholding Tax | 241.60 | 241.60 |

## DEDUCTIONS

| Pre-Tax Deductions | Current | Year To Date |
|---|---|---|
| Total Pre-Tax Deductions | 0.00 | 0.00 |

| Taxes | Current | Year To Date |
|---|---|---|
| **Federal Taxes** | | |
| EE Social Security Tax | 14.98 | 14.98 |
| EE Medicare Tax | 3.50 | 3.50 |
| **State Taxes PA** | | |
| Withholding Tax | 7.42 | 7.42 |
| EE Unemployment Tax | 0.14 | 0.14 |
| **City PAOO** | | |
| Local Services Tax | 2.00 | 2.00 |
| **City PCAR** | | |
| Withholding Tax | 2.42 | 2.42 |
| Total Taxes | 30.46 | 30.46 |

| After-Tax Deductions | Current | Year To Date |
|---|---|---|
| Total After-Tax Deductions | 0.00 | 0.00 |

| Employer Paid Benefits | Current | Year To Date |
|---|---|---|

| Imputed Income | Current | Year To Date |
|---|---|---|

| Information | Current | Year To Date |
|---|---|---|

**Check Messages**

| Overpayments | Moved to A/R | Original Balance | Current Recovery | Total Recovery | Overpayment Balance |
|---|---|---|---|---|---|

## NET EARNINGS DISTRIBUTION

| Account Type | Bank Name | Account Number | Date | Deposit Amount | Currency |
|---|---|---|---|---|---|
| Check | | | 04/23/2021 | 211.14 | USD |

[ File Benefit Certification ]



D'Andrea Wellington

Payment Summary

# Payment Summary

Below are the details on how each weekly payment was determined.

| # | Week Ending | WBA | Partial Credit | Earnings Claimed | Dependent Allowance | Reduction Amount | Total Deductions | Stimulus Amount | Payment Amount | Pay Type | Trans Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 50 | 03/06/2021 | $195.00 | $59.00 | $0.00 | $0.00 | $0.00 | $0.00 | $300.00 | $495.00 | Total Payment | 18309440 |
| 49 | 02/27/2021 | $195.00 | $59.00 | $0.00 | $0.00 | $0.00 | $0.00 | $300.00 | $495.00 | Total Payment | 17932797 |
| 48 | 02/20/2021 | $195.00 | $59.00 | $0.00 | $0.00 | $0.00 | $0.00 | $300.00 | $495.00 | Total Payment | 17448677 |
| 47 | 02/13/2021 | $195.00 | $59.00 | $0.00 | $0.00 | $0.00 | $0.00 | $300.00 | $495.00 | Total Payment | 16984092 |
| 46 | 02/06/2021 | $195.00 | $59.00 | $0.00 | $0.00 | $0.00 | $0.00 | $300.00 | $495.00 | Total Payment | 16537669 |
| 45 | 01/30/2021 | $195.00 | $59.00 | $0.00 | $0.00 | $0.00 | $0.00 | $300.00 | $495.00 | Total Payment | 16273763 |
| 44 | 01/23/2021 | $195.00 | $59.00 | $0.00 | $0.00 | $0.00 | $0.00 | $300.00 | $495.00 | Total Payment | 15830909 |
| 43 | 01/16/2021 | $195.00 | $59.00 | $0.00 | $0.00 | $0.00 | $0.00 | $300.00 | $495.00 | Total Payment | 16273763 |
| 42 | 01/09/2021 | $195.00 | $59.00 | $0.00 | $0.00 | $0.00 | $0.00 | $300.00 | $495.00 | Total Payment | 16273763 |
| 41 | 01/02/2021 | $195.00 | $59.00 | $0.00 | $0.00 | $0.00 | $0.00 | $300.00 | $495.00 | Total Payment | 16273763 |
| 40 | 12/26/2020 | $195.00 | $59.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Benefits Exhausted | |
| 39 | 12/19/2020 | $195.00 | $59.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $195.00 | Total Payment | 15093841 |
| 38 | 12/12/2020 | $195.00 | $59.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $195.00 | Total Payment | 14756447 |
| 37 | 12/05/2020 | $195.00 | $59.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $195.00 | Total Payment | 14280729 |
| 36 | 11/28/2020 | $195.00 | $59.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $195.00 | Total Payment | 14088691 |
| 35 | 11/21/2020 | $195.00 | $59.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $195.00 | Total Payment | 13480771 |
| 34 | 11/14/2020 | $195.00 | $59.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $195.00 | Total Payment | 13017470 |
| 33 | 11/07/2020 | $195.00 | $59.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $195.00 | Total Payment | 12838421 |
| 32 | 10/31/2020 | $195.00 | $59.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $195.00 | Total Payment | 12160226 |
| 31 | 10/24/2020 | $195.00 | $59.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $195.00 | Total | 11615162 |

**PENNSYLVANIA DEPARTMENT OF LABOR & INDUSTRY**

## BENEFIT PAYMENT HISTORY

* Claimant Name: RYAN A WELLINGTON
* Social Security Number: XXX-XX-4353
* AB Date: 03/29/2020
* Program Type: EUC

| Week Ending Date | Payment Number | Status | Amount Paid | Method of Payment | Payment Issue Date |
|---|---|---|---|---|---|
| 03/06/2021 | 05205990 | Paid | $580.00 | Direct Deposit | 03/11/2021 |
| 02/27/2021 | 05205990 | Paid | $580.00 | Direct Deposit | 03/11/2021 |
| 02/20/2021 | 04572504 | Paid | $580.00 | Direct Deposit | 02/25/2021 |
| 02/13/2021 | 04572504 | Paid | $580.00 | Direct Deposit | 02/25/2021 |
| 02/06/2021 | 04107354 | Paid | $580.00 | Direct Deposit | 02/11/2021 |
| 01/30/2021 | 04107354 | Paid* | $580.00 | Direct Deposit | 02/11/2021 |
| 01/23/2021 |  | Overpayment Offset | $572.00 |  |  |
| 01/23/2021 | 04148133 | Overpayment Offset | $8.00 |  |  |
| 01/16/2021 |  | Overpayment Offset | $572.00 |  |  |
| 01/16/2021 | 04148132 | Overpayment Offset | $8.00 |  |  |
| 01/09/2021 |  | Overpayment Offset | $572.00 |  |  |
| 01/09/2021 | 04148130 | Overpayment Offset | $8.00 |  |  |
| 01/02/2021 |  | Overpayment Offset | $572.00 |  |  |
| 01/02/2021 | 04148128 | Overpayment Offset | $8.00 |  |  |
| 12/26/2020 | 03220959 | Paid | $580.00 | Direct Deposit | 12/29/2020 |
| 12/19/2020 | 03220959 | Paid | $580.00 | Direct Deposit | 12/29/2020 |
| 12/12/2020 | 02882990 | Paid | $580.00 | Direct Deposit | 12/18/2020 |
| 12/05/2020 | 02882990 | Paid | $580.00 | Direct Deposit | 12/18/2020 |
| 11/28/2020 | 02430564 | Paid | $580.00 | Direct Deposit | 12/02/2020 |
| 11/21/2020 | 02430564 | Paid | $580.00 | Direct Deposit | 12/02/2020 |
| 11/14/2020 | 02034303 | Paid | $580.00 | Direct Deposit | 11/18/2020 |
| 11/07/2020 | 01832232 | Paid | $580.00 | Direct Deposit | 11/11/2020 |
| 10/31/2020 | 01668820 | Paid | $580.00 | Direct Deposit | 11/06/2020 |
| 10/24/2020 | 01668820 | Paid | $580.00 | Direct Deposit | 11/06/2020 |
| 10/17/2020 | 01316053 | Paid | $580.00 | Direct Deposit | 10/24/2020 |
| 10/10/2020 | 01168949 | Paid | $580.00 | Direct Deposit | 10/20/2020 |
| 10/03/2020 | 00998186 | Paid | $580.00 | Direct Deposit | 10/07/2020 |