**\*FILING FEE PAID\*** (Yes) ___ No

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Wellington, Ryan + D'Andrea** JAD/TPA/CMB/(GLT)

Case Number: **21-21166**

Date of Meeting: **7 / 12 / 21**    Recording # _____
Debtor(s) present **✓** or Not Present ___ (**✓** No Payments Made or ___ partial payments)
Attorney for debtor(s) **Eisen, Michael** (Present **✓** or Not Present ___)
Date of Plan at § 341: **6-8-21**    Applicable commitment period **✓** 3 yrs ___ 5 yrs

Continue for payments

___**✓**___ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD        _____ Order to Show Cause Requested
                                _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due:_____; Objections due:_____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
___**✓**___ Continued to:
    _____ 341 Meeting    OR    **✓** Conciliation Conf. OR ___ *Contested Hearing
    On **9-9-21**    at **10:00** am/pm  Location _____

_Kate DeSimone_
Chapter 13 Trustee/Attorney for Trustee