Case 21-21166-GLT    Doc 28    Filed 09/10/21    Entered 09/10/21 09:44:37    Desc Main
Document    Page 1 of 1

FILED
9/10/21 9:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** RYAN A. & D'ANDREA NICOLE WELLINGTON
- **Case Number:** 21-21166-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, SEPTEMBER 09, 2021 10:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#19 - Continued Confirmation of Plan Dated 6-8-2021 (N)
R / M #: 19 / 0

### Appearances:

- **Debtor:** Eisen
- **Trustee:** Winnecour / Warmbrodt / ~~Katz~~ / DeSimone
- **Creditor:**

### Proceedings:

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____ effective _____
7. ____ Plan/Motion continued to _____ at _____.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 9/22/21 at 9:00 AM.
10. ____ Other:

*3 months into case, no payments. Unless there is evidence of a feasible plan in prospect, Trustee requests dismissal.*

8/30/2021  10:53:16AM