IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
10/21/21 12:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In re: | : | Case No.: 21-21166-GLT |
| | : | Chapter: 13 |
| Ryan A. Wellington | : | |
| D'Andrea Nicole Wellington | : | |
| | : | Date: 10/20/2021 |
| *Debtor(s).* | : | Time: 09:00 |

## PROCEEDING MEMO

**MATTER:**   #30 - Trustee's Oral Motion to Dismiss Case
  #32 - Response filed by the Debtor
  #19 - Contested Confirmation of Plan Dated 6-8-2021 (N)

**APPEARANCES**:
  Debtor:   Michael C. Eisen   (Ryan Wellington by phone)
  Trustee:   Owen Katz

**NOTES:** [9:49am]

Katz: We did receive a payment on 9/27. The plan is still in arrears totaling $3,200. We ask for an amended schedule and a wage attachment.

Eisen: The Debtor made another full plan payment on Saturday. The Debtor is very optimistic about moving forward with this case.

Court: The Court will note that the rule is that there must be a wage attachment when there is attachable income. Wage attachments should be filed as a manner of custom.   Here, the debtor appeared to have attachable income with American Airlines as of the petition date.

Eisen: The debtor had reduced hours, and could not afford an attachment.

Court:  Then the Debtor needs to file a motion for an exception to the rule.

Eisen:   We will now file a motion for a wage attachment. If there is an increase to his income, we will amend the schedules.

Court: I am going to require that a wage attachment be filed within a week provided that the October payment is received. Failure to follow through will move this case to dismissal. After payment is received, we'll move this case to conciliation.

**OUTCOME:**

1. The *Oral Motion to Dismiss Case* [Dkt. No. 30] and further consideration of the plan dated June 8, 2021 are continued to a conciliation conference on December 16, 2021 at 9 a.m.   [Text Order to Issue]

2. On or before October 27, 2021, the Debtor shall file a motion for approval of a wage attachment. [Text Order to Issue]

**DATED:**  10/20/2021