## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

WITHDRAWAL OF APPEARANCES BY
MARIA D. MIKSICH, ESQUIRE, IN VARIOUS
OPEN CASES AND ENTRY OF APPEARANCE
OF BRIAN C. NICHOLAS, ESQUIRE, IN
VARIOUS OPEN CASES

Miscellaneous No.  22-203 CMB

## <u>ORDER OF COURT</u>

AND NOW, this _22nd_ day of ___February___, 2022, upon consideration of the

Omnibus Joint Motion to Withdraw the Appearance of Maria D. Miksich, Esquire, and Enter the

Appearance of Brian C. Nicholas, Esquire, it is hereby

ORDERED that the Motion is granted, and Maria D. Miksich, Esquire, is granted leave to

withdraw her appearance as counsel of record in in the list of cases attached to the Motion as

Exhibit "A", and it is further

ORDERED that the appearance of Brian C. Nicholas, Esquire, is entered as counsel of

record for the parties formerly represented by Attorney Miksich in the list of cases attached to

the Motion as Exhibit "A".

BY THE COURT:

_Carlota M. Böhm_   dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
2/22/22 1:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA