FILED
3/21/22 10:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Ryan A. Wellington | : | Bankruptcy No. 21-21166-GLT |
| D'Andrea Nicole Wellington | : | |
| Debtor(s) | : | |
| | : | Chapter 13 |
| Ryan A. Wellington | : | |
| Movant | : | |
| | : | Related to Dkt. No. 48 |
| v. | : | |
| American Airlines | : | |
| Respondent | : | |

**ORDER TO PAY TRUSTEE PURSUANT TO AMENDED WAGE ATTACHMENT**

The above-named Debtor(s) having filed a Chapter 13 petition and Debtor(s) or Trustee having moved to attach wages to fund the Chapter 13 Plan:

IT IS, THEREFORE, ORDERED that until further order of this Court, the Respondent from which the Debtor receives income:

> AMERICAN AIRLINES
> ATTN: PAYROLL MANAGER
> 1 SKYVIEW DRIVE
> FORT WORTH, TX 76155

1. Shall deduct from that income the sum of **$620.00 SEMI-MONTHLY** beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

   > RONDA J. WINNECOUR
   > CHAPTER 13 TRUSTEE, W.D.PA.
   > PO BOX 84051
   > CHICAGO, IL 60689-4002

2. The Debtor is paid semi-monthly, and the monthly plan payment is $1,240.00.
3. The above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefor.
4. The Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the debtor's full Social Security number on the Respondent. Debtor shall file a certificate of service regarding service of the order and local form, bu the Social Security number shall not be included on the certificate.
5. All remaining income fo the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension and union due shall be paid to the Debtor in accordance with usual payment procedures.
6. NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR ANY OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY CHILD OR DOMESTIC SUPPORT PAYMENTS.
7. This order supersedes previous orders made to the Respondent in this case.
8. The Respondent shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.
9. The Debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely

remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

DATED this  21st  day of      March  2022

_____
Gregory L. Taddonio                   jah
United States Bankruptcy Judge

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

**PAWB Local Form 11 (11/21)**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21166-GLT |
| Ryan A. Wellington | Chapter 13 |
| D'Andrea Nicole Wellington | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 21, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Ryan A. Wellington, D'Andrea Nicole Wellington, 112 Bouquet Street, Homestead, PA 15120-2304 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2022    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Michael C. Eisen | on behalf of Debtor Ryan A. Wellington attorneyeisen@yahoo.com  aarin96@hotmail.com |
| Michael C. Eisen | on behalf of Joint Debtor D'Andrea Nicole Wellington attorneyeisen@yahoo.com  aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Mar 21, 2022 | Form ID: pdf900 | Total Noticed: 1

cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 7