IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | Case No: 21-21166-GLT |
| Ryan A. Wellington : | |
| D'Andrea Nicole Wellington : | |
|        Debtors : | Chapter 13 |
| _____ : | |
| Ryan A. Wellington : | |
| D'Andrea Nicole Wellington : | |
|        Movants : | Scheduled Hearing Date: |
| : | November 2, 2022 at 10:00 a.m. |
|    vs. : | |
| : | |
| Caine & Weiner, : | |
| Capital One, : | |
| Capital One Auto Finance, : | |
| Capital Tax Collection Bureau, : | |
| Carrington Mortgage Services, LLC, : | |
| Citicards CBNA, : | |
| Comenity Bank/Victorias Secret, : | |
| Comenity Capital Bank/Big Lots Credit, : | |
| Directv, LLC : | |
| Dollar Bank FSB, : | |
| Duquesne Light Company, : | |
| Federal Loan Servicing, : | |
| Keystone Collections Group, : | |
| L.J. Ross Associates, Inc., : | |
| Loanpal, : | |
| Lowe's, : | |
| LVNV Funding, LLC : | |
| Midfirst Bank, : | |
| Midland Credit Management, : | |
| NPRTO North East LLC : | |
| PA Turnpike Toll By Plate, : | |
| Pelican Auto Finance, LLC : | |
| Pennsylvania American Water, : | |
| Pennsylvania Municipal Service Co. : | |
| Peoples Natural Gas Co., : | |
| Professional Account Management, : | |
| PSECU, : | |
| Quantum3 Group LLC : | |
| Self Financial Inc./Lead Bank : | |
| SYNCB/Mattress Firm, : | |
| Synchrony Bank, : | |
| TD Bank, USA/Target Credit, : | |
| The Rev. Dr. Martin Luther King, Jr,., : | |
| U.S. Dept of Education, : | |
| UPMC Health Services, : | |

| | |
|---|---|
| UPMC Physician Services, | : |
| Whitaker Borough, | : |
| William T. Molczan, Esq., | : |
| Ronda J. Winnecour, Trustee | : |
| Respondents | : |

### CERTIFICATION OF NO OBJECTION REGARDING MOTION TO CONVERT CHAPTER 13 BANKRUPTCY CASE TO A CHAPTER 7 BANKRUPTCY CASE
### DOCKET NO. 55

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Motion to Convert Chapter 13 Bankruptcy Case to a Chapter 7 Bankruptcy Case filed on October 7, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Convert Chapter 13 Bankruptcy Case to a Chapter 7 Bankruptcy Case appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Convert Chapter 13 Bankruptcy Case to a Chapter 7 Bankruptcy Case were to be filed and served no later than October 24, 2022.

It is hereby requested that the Order attached to the Motion to Convert Chapter 13 Bankruptcy Case to a Chapter 7 Bankruptcy Case be entered by the Court.

Dated: October 25, 2022                By:  /s/ Michael C. Eisen
                                            Michael C. Eisen, Esquire
                                            M. EISEN & ASSOCIATES, P.C.
                                            404 McKnight Park Drive
                                            Pittsburgh, PA 15237
                                            412-367-6005
                                            PA ID# 74523
                                            attorneyeisen@yahoo.com