| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Ryan A. Wellington<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–4353<br>__–_____ |
| Debtor 2:<br>(Spouse, if filing) | D'Andrea Nicole Wellington<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–4836<br>__–_____ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed in chapter: | 13   5/11/21 |
| Case number: | 21–21166–GLT | Date case converted to chapter: | 7   10/26/22 |

Official Form 309B (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set     10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Ryan A. Wellington | D'Andrea Nicole Wellington |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 112 Bouquet Street<br>Homestead, PA 15120 | 112 Bouquet Street<br>Homestead, PA 15120 |
| 4. | **Debtor's attorney**<br>Name and address | Michael C. Eisen<br>M. Eisen and Associates PC<br>404 McKnight Park Drive<br>Pittsburgh, PA 15237 | Contact phone 412–367–9005<br>Email: attorneyeisen@yahoo.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Natalie Lutz Cardiello<br>107 Huron Drive<br>Carnegie, PA 15106 | Contact phone 412–276–4043<br>Email: ncardiello@cardiello–law.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**     page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 10/26/22 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 5, 2022 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8.           Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | The presumption of abuse does not arise. |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 2/3/23** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/4/23** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: _____** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21166-GLT |
| Ryan A. Wellington | Chapter 7 |
| D'Andrea Nicole Wellington | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Oct 26, 2022 | Form ID: 309B | Total Noticed: 58 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^       Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ryan A. Wellington, D'Andrea Nicole Wellington, 112 Bouquet Street, Homestead, PA 15120-2304 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Keri P. Ebeck, Bernstein-Burkley, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| aty | + | S. James Wallace, GRB Law, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15374608 | + | Capital Tax Collection Bureau, 2301 N. 3rd Street, Harrisburg, PA 17110-1893 |
| 15374613 | | Dollar Bank FSB, 3 Gateway Center, Pittsburgh, PA 15222 |
| 15394179 | + | Harrisburg City School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15374616 | + | Keystone Collections Group, PO Box 519, Irwin, PA 15642-0519 |
| 15374618 | + | Loanpal, PO Box 4387, Portland, OR 97208-4387 |
| 15374621 | + | PA Turnpike Toll By Plate, PO Box 645631, Pittsburgh, PA 15264-5254 |
| 15374622 | + | Pelican Auto Finance LLC, 5 Christy Drive, #204, Chadds Ford, PA 19317-9674 |
| 15374623 | + | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 15374624 | + | Pennsylvania Municipal Service Co., 336 Delaware Ave, Dept U-530-A, Oakmont, PA 15139-2138 |
| 15374625 | + | Peoples Gas, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 15374626 | + | Professional Account Management, PO Box 1153, Milwaukee, WI 53201-1153 |
| 15374631 | + | The Rev. Dr. Martin Luther King Jr., City Government Center, City Treasurer-Ste 103, 10 N. 2nd Street, Harrisburg, PA 17101-1679 |
| 15428381 | + | Whitaker Borough, % PA Municipal Service Co, 336 Delaware Ave, Oakmont, PA 15139-2138 |
| 15374633 | + | William T. Molczan, Esq., Weltman, Weinberg & Reis Co., 436 Seventh Ave, Ste 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: attorneyeisen@yahoo.com | Oct 26 2022 23:48:00 | Michael C. Eisen, M. Eisen and Associates PC, 404 McKnight Park Drive, Pittsburgh, PA 15237 |
| tr | + | EDI: QNLCARDIELLO.COM | Oct 27 2022 03:43:00 | Natalie Lutz Cardiello, 107 Huron Drive, Carnegie, PA 15106-1826 |
| smg | | EDI: PENNDEPTREV | Oct 27 2022 03:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 26 2022 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Oct 27 2022 03:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 26 2022 23:48:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Oct 26 2022 23:49:00 | Office of the United States Trustee, Liberty |

Case 21-21166-GLT   Doc 66   Filed 10/28/22   Entered 10/29/22 00:27:56   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 26, 2022 | Form ID: 309B | Total Noticed: 58 |

| Recipient | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Oct 27 2022 03:38:00 | Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: RECOVERYCORP.COM | Oct 27 2022 03:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 26 2022 23:48:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15374614 | | Email/Text: kburkley@bernsteinlaw.com | Oct 26 2022 23:49:00 | Duquesne Light, Customer Care Department, 411 Seventh Ave, MD 6-1, Pittsburgh, PA 15230 |
| 15374605 | | Email/Text: caineweiner@ebn.phinsolutions.com | Oct 26 2022 23:48:00 | Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91411 |
| 15374606 | + | EDI: CAPITALONE.COM | Oct 27 2022 03:38:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15374607 | + | EDI: CAPONEAUTO.COM | Oct 27 2022 03:38:00 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 15378400 | + | EDI: AISACG.COM | Oct 27 2022 03:38:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15374609 | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 26 2022 23:48:00 | Carrington Mortgage Services LLC, PO Box 5001, Westfield, IN 46074-5001 |
| 15374610 | + | EDI: CITICORP.COM | Oct 27 2022 03:38:00 | Citicards CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 15374611 | + | EDI: WFNNB.COM | Oct 27 2022 03:43:00 | Comenity Bank/Victorias Secret, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 15374612 | + | EDI: WFNNB.COM | Oct 27 2022 03:43:00 | Comenity Capital Bank/Big Lots Credit, PO Box 182120, Columbus, OH 43218-2120 |
| 15380678 | | EDI: DIRECTV.COM | Oct 27 2022 03:43:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 15378441 | + | Email/Text: BKRMailOps@weltman.com | Oct 26 2022 23:49:00 | Dollar Bank, FSB, C/O Weltman Weinberg & Reis Co L.P.A., Po Box 93784, Cleveland, OH 44101-5784 |
| 15395037 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 26 2022 23:49:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15374615 | + | Email/Text: bncnotifications@pheaa.org | Oct 26 2022 23:48:00 | Federal Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 15374617 | + | Email/Text: support@ljross.com | Oct 26 2022 23:48:00 | L.J. Ross Associates, Inc., 4 Universal Way, Jackson, MI 49202-1455 |
| 15374628 | | Email/Text: clientsupport@lead.bank | Oct 26 2022 23:48:00 | Self Financial Inc./Lead Bank, 1801 Main Street, Kansas City, MO 64108 |
| 15374620 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2022 23:47:11 | LVNV Funding LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 15384793 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2022 23:47:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15374619 | + | EDI: RMSC.COM | Oct 27 2022 03:38:00 | Lowe's, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 15395477 | + | EDI: AISMIDFIRST | Oct 27 2022 03:38:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15387075 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 26 2022 23:48:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 26, 2022 | Form ID: 309B | Total Noticed: 58 |

| | | | | |
|---|---|---|---|---|
| 15391419 | + Email/Text: ecfbankruptcy@progleasing.com | | Oct 26 2022 23:49:00 | NPRTO North-East, LLC, 256 West Data Drive, 256 West Data Drive, Draper, UT 84020-2315 |
| 15374627 | + Email/Text: bankruptcynotices@psecu.com | | Oct 26 2022 23:49:00 | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 15379742 | + Email/Text: ebnpeoples@grblaw.com | | Oct 26 2022 23:48:00 | Peoples Natural Gas Company LLC, c/o GRB Law, Frick Bldg., 437 Grant St., 14th Fl., Pittsburgh, PA 15219-6101 |
| 15391446 | EDI: Q3G.COM | | Oct 27 2022 03:43:00 | Quantum3 Group LLC as agent for, GoodLeap, PO Box 788, Kirkland, WA 98083-0788 |
| 15390756 | EDI: Q3G.COM | | Oct 27 2022 03:43:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15374629 | + EDI: RMSC.COM | | Oct 27 2022 03:38:00 | SYNCB/Mattress Firm, PO Box 965036, Orlando, FL 32896-5036 |
| 15391383 | + EDI: RMSC.COM | | Oct 27 2022 03:38:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15375481 | + EDI: RMSC.COM | | Oct 27 2022 03:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15374630 | + EDI: WTRRNBANK.COM | | Oct 27 2022 03:38:00 | TD Bank USA/Target Credit, PO Box 1470, Minneapolis, MN 55440-1470 |
| 15390875 | Email/Text: bncnotifications@pheaa.org | | Oct 26 2022 23:48:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15374632 | ^ MEBN | | Oct 26 2022 23:43:08 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15390514 | ^ MEBN | | Oct 26 2022 23:43:31 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2022          Signature:     /s/Gustava Winters

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 26, 2022 | Form ID: 309B | Total Noticed: 58 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Michael C. Eisen | on behalf of Joint Debtor D'Andrea Nicole Wellington attorneyeisen@yahoo.com aarin96@hotmail.com |
| Michael C. Eisen | on behalf of Debtor Ryan A. Wellington attorneyeisen@yahoo.com aarin96@hotmail.com |
| Natalie Lutz Cardiello | ncardiello@cardiello-law.com ncardiello@ecf.axosfs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 8