IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NO. 21-21166-GLT |
| RYAN A. WELLINGTON | : | |
| D'ANDREA NICOLE WELLINGTON | : | |
|     DEBTORS | : | CHAPTER 7 |
| _____ | : | |
| RYAN A. WELLINGTON | : | |
| D'ANDREA NICOLE WELLINGTON | : | |
|     MOVANTS | : | Related to Docket No. 75 |
| | : | |
| V. | : | |
| | : | |
| EASYPAY FINANCE, | : | |
| PA TURNPIKE TOLL BY PLATE, | : | |
| ROBERT R. MORTIMER, DMD, INC. | : | |
|     RESPONDENTS | : | |

**CERTIFICATE OF SERVICE FOR THE ORDER DATED NOVEMBER 10, 2022 SERVED TOGETHER WITH THE 341 MEETING OF CREDITORS NOTICE AND AMENDED SCHEDULE "F"**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) November 17, 2022

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: ELECTRONIC NOTIFICATION AND FIRST CLASS MAIL

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

| | | |
|---|---|---|
| Office of the U.S. Trustee<br>Ste 970, Liberty Center<br>1001 Liberty Ave<br>Pittsburgh, PA 15222<br>ustpregion03.pi.ecf@usdoj.gov<br>Via electronic notification | Natalie Lutz Cardiello, Esq.<br>107 Huron Drive<br>Carnegie, PA 15106<br>ncardiello@cardiello-law.com<br>Via electronic notification | Ryan and D'Andrea Wellington<br>112 Bouquet Street<br>Homestead, PA 15120<br>Via first class mail |
| Easy Pay Finance<br>PO Box 2549<br>Carlsbad, CA 92018<br>Via first class mail | PA Turnpike Toll by Plate<br>PO Box 645631<br>Pittsburgh, PA 15264<br>Via first class mail | Robert R. Mortimer, DMD Inc.<br>5290 Logan Ferry Road, Ste D<br>Murrysville, PA 15668<br>Via first class mail |

November 17, 2022                          By: /s/ Michael C. Eisen
                                                    Michael C. Eisen, Esquire
                                                    PA ID #74523
                                                    M. EISEN & ASSOCIATES, P.C.
                                                    404 McKnight Park Drive
                                                    Pittsburgh, PA  15237
                                                    412-367-9005
                                                    attorneyeisen@yahoo.com