**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    RYAN A. WELLINGTON
    D'ANDREA NICOLE WELLINGTON
        Debtor(s)

  Ronda J. Winnecour
       Movant
    vs.
  No Respondents.

Case No.:21-21166 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 05/11/2021 and confirmed on 03/21/2022 . The case was subsequently    (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 15,963.81 |
| Less Refunds to Debtor | 2,428.25 | |
| TOTAL AMOUNT OF PLAN FUND | | 13,535.56 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 433.66 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,933.66 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MIDFIRST BANK SSB* | 0.00 | 9,424.28 | 0.00 | 9,424.28 |
|     Acct: 8519 | | | | |
|   MIDFIRST BANK SSB* | 4,174.88 | 41.64 | 0.00 | 41.64 |
|     Acct: 8519 | | | | |
|   QUANTUM3 GROUP LLC | 13,631.98 | 135.98 | 0.00 | 135.98 |
|     Acct: 4913 | | | | |
|   WHITAKER BOROUGH (SWG)** | 803.64 | 0.00 | 0.00 | 0.00 |
|     Acct: 0501 | | | | |
| | | | | 9,601.90 |
| **Priority** | | | | |
|   MICHAEL C EISEN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RYAN A. WELLINGTON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RYAN A. WELLINGTON | 2,428.25 | 2,428.25 | 0.00 | 0.00 |
|     Acct: | | | | |
|   M EISEN AND ASSOCIATES PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| CAPITAL TAX COLLECTION BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6030 | | | | |
| CAPITAL TAX COLLECTION BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3141 | | | | |
| KEYSTONE MUNIC COLLECTIONS** NOW | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7038 | | | | |
| KEYSTONE MUNIC COLLECTIONS** NOW | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8037 | | | | |
| HARRISBURG CITY SD (HARRISBURG CIT | 748.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4353 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| NPRTO NORTH-EAST LLC | 1,726.21 | 0.00 | 0.00 | 0.00 |
| Acct: 1905 | | | | |
| CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2762 | | | | |
| LVNV FUNDING LLC | 463.92 | 0.00 | 0.00 | 0.00 |
| Acct: 8059 | | | | |
| CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5925 | | | | |
| CAPITAL ONE AUTO FINANCE - DIV CAPIT | 5,917.14 | 0.00 | 0.00 | 0.00 |
| Acct: 1990 | | | | |
| LVNV FUNDING LLC | 3,549.59 | 0.00 | 0.00 | 0.00 |
| Acct: 4052 | | | | |
| QUANTUM3 GROUP LLC - AGENT MOMA | 480.02 | 0.00 | 0.00 | 0.00 |
| Acct: 2583 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2386 | | | | |
| DOLLAR BANK FSB(*) | 24,608.95 | 0.00 | 0.00 | 0.00 |
| Acct: 8556 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 623.35 | 0.00 | 0.00 | 0.00 |
| Acct: 9100 | | | | |
| US DEPARTMENT OF EDUCATION | 45,791.77 | 0.00 | 0.00 | 0.00 |
| Acct: 4836 | | | | |
| LJ ROSS ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1935 | | | | |
| SYNCHRONY BANK | 2,104.02 | 0.00 | 0.00 | 0.00 |
| Acct: 2542 | | | | |
| LVNV FUNDING LLC | 2,031.09 | 0.00 | 0.00 | 0.00 |
| Acct: 5996 | | | | |
| LVNV FUNDING LLC | 268.57 | 0.00 | 0.00 | 0.00 |
| Acct: 9584 | | | | |
| PA TURNPIKE TOLL BY PLATE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8161 | | | | |
| PA TURNPIKE TOLL BY PLATE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8592 | | | | |
| PA TURNPIKE TOLL BY PLATE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6592 | | | | |
| PA TURNPIKE TOLL BY PLATE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8591 | | | | |
| PA TURNPIKE TOLL BY PLATE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5412 | | | | |
| PA TURNPIKE TOLL BY PLATE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4672 | | | | |
| PA TURNPIKE TOLL BY PLATE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6102 | | | | |
| PA TURNPIKE TOLL BY PLATE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6591 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| PA TURNPIKE TOLL BY PLATE<br>Acct: 6752 | 0.00 | 0.00 | 0.00 | 0.00 |
| PA TURNPIKE TOLL BY PLATE<br>Acct: 7112 | 0.00 | 0.00 | 0.00 | 0.00 |
| PA TURNPIKE TOLL BY PLATE<br>Acct: 0142 | 0.00 | 0.00 | 0.00 | 0.00 |
| PA TURNPIKE TOLL BY PLATE<br>Acct: 9702 | 0.00 | 0.00 | 0.00 | 0.00 |
| PA TURNPIKE TOLL BY PLATE<br>Acct: 0841 | 0.00 | 0.00 | 0.00 | 0.00 |
| PELICAN AUTO FINANCE LLC++<br>Acct: 0374 | 0.00 | 0.00 | 0.00 | 0.00 |
| PA AMERICAN WATER(*) AKA AMERICAN V<br>Acct: 0501 | 0.00 | 0.00 | 0.00 | 0.00 |
| PA MUNICIPAL SERVICE CO<br>Acct: 0501 | 0.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: 9448 | 1,583.04 | 0.00 | 0.00 | 0.00 |
| PROFESSIONAL ACCOUNT MANAGEMENT<br>Acct: 0005 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROFESSIONAL ACCOUNT MANAGEMENT<br>Acct: 0358 | 0.00 | 0.00 | 0.00 | 0.00 |
| PA STATE EMPLOYEES CU/PSECU<br>Acct: 8358 | 0.00 | 0.00 | 0.00 | 0.00 |
| SELF FINANCIAL<br>Acct: 9983 | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 0476 | 2,896.54 | 0.00 | 0.00 | 0.00 |
| TD BANK NA(*)<br>Acct: 3266 | 0.00 | 0.00 | 0.00 | 0.00 |
| THE REV DR MARTIN LUTHER KING<br>Acct: 4063 | 0.00 | 0.00 | 0.00 | 0.00 |
| THE REV DR MARTIN LUTHER KING<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| THE REV DR MARTIN LUTHER KING<br>Acct: 2047 | 0.00 | 0.00 | 0.00 | 0.00 |
| THE REV DR MARTIN LUTHER KING<br>Acct: 4187 | 0.00 | 0.00 | 0.00 | 0.00 |
| UPMC HEALTH SERVICES<br>Acct: 1048 | 0.00 | 0.00 | 0.00 | 0.00 |
| DIRECTV LLC BY AMERICAN INFOSOURC<br>Acct: 2358 | 630.12 | 0.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT INC<br>Acct: 6829 | 356.28 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION<br>Acct: 4353 | 8,978.69 | 0.00 | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES<br>Acct: 4353 | 305.60 | 0.00 | 0.00 | 0.00 |
| HARRISBURG CITY SD (HARRISBURG CIT<br>Acct: 4353 | 364.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 2542 | 0.00 | 0.00 | 0.00 | 0.00 |
| BERNSTEIN BURKLEY PC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| AIS PORTFOLIO SERVICES (AMERICAN IN<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| GRB LAW**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |

| 21-21166 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 4 of 4 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| Acct: | | | | | |
| | WELTMAN WEINBERG & REIS CO LPA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |

\*\*\*N O N E\*\*\*

| TOTAL PAID TO CREDITORS | | 9,601.90 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 748.00 | |
| SECURED | 18,610.50 | |
| UNSECURED | 102.678.90 | |

Date: 11/29/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com