| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Ryan A. Wellington<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4353<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | D'Andrea Nicole Wellington<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4836<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   21–21166–GLT | | |

## Order of Discharge                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ryan A. Wellington                           D'Andrea Nicole Wellington

2/8/23                                       **By the court:**   Gregory L Taddonio
                                                                 United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21166-GLT |
| Ryan A. Wellington | Chapter 7 |
| D'Andrea Nicole Wellington | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 08, 2023 | Form ID: 318 | Total Noticed: 57 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ryan A. Wellington, D'Andrea Nicole Wellington, 112 Bouquet Street, Homestead, PA 15120-2304 |
| 15374608 | + | Capital Tax Collection Bureau, 2301 N. 3rd Street, Harrisburg, PA 17110-1893 |
| 15374613 | | Dollar Bank FSB, 3 Gateway Center, Pittsburgh, PA 15222 |
| 15374615 | #+ | Federal Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 15394179 | + | Harrisburg City School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15374616 | + | Keystone Collections Group, PO Box 519, Irwin, PA 15642-0519 |
| 15374618 | + | Loanpal, PO Box 4387, Portland, OR 97208-4387 |
| 15374621 | + | PA Turnpike Toll By Plate, PO Box 645631, Pittsburgh, PA 15264-5254 |
| 15374622 | + | Pelican Auto Finance LLC, 5 Christy Drive, #204, Chadds Ford, PA 19317-9674 |
| 15374623 | + | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 15374624 | + | Pennsylvania Municipal Service Co., 336 Delaware Ave, Dept U-530-A, Oakmont, PA 15139-2138 |
| 15551228 | + | Pennsylvania Turnpike Commission, P.O. Box 67676, Harrisburg, PA 17106-7676 |
| 15374625 | + | Peoples Gas, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 15374626 | + | Professional Account Management, PO Box 1153, Milwaukee, WI 53201-1153 |
| 15545060 | + | Robert R. Mortimer, DMD, Inc., 5290 Logan Ferry Road, Ste D, Murrysville, PA 15668-8523 |
| 15374631 | + | The Rev. Dr. Martin Luther King Jr., City Government Center, City Treasurer-Ste 103, 10 N. 2nd Street, Harrisburg, PA 17101-1679 |
| 15390875 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15428381 | + | Whitaker Borough, % PA Municipal Service Co, 336 Delaware Ave, Oakmont, PA 15139-2138 |
| 15374633 | + | William T. Molczan, Esq., Weltman, Weinberg & Reis Co., 436 Seventh Ave, Ste 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + EDI: QNLCARDIELLO.COM | Feb 09 2023 04:44:00 | Natalie Lutz Cardiello, 107 Huron Drive, Carnegie, PA 15106-1826 |
| smg | EDI: PENNDEPTREV | Feb 09 2023 04:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 08 2023 23:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Feb 09 2023 04:44:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 08 2023 23:40:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + EDI: AISACG.COM | | |

Case 21-21166-GLT   Doc 88   Filed 02/10/23   Entered 02/11/23 00:27:37   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 08, 2023 | Form ID: 318 | Total Noticed: 57 |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| cr | + EDI: RECOVERYCORP.COM | Feb 09 2023 04:44:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/Text: ebnpeoples@grblaw.com | Feb 09 2023 04:44:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15374614 | Email/Text: kburkley@bernsteinlaw.com | Feb 08 2023 23:40:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15374605 | Email/Text: caineweiner@ebn.phinsolutions.com | Feb 08 2023 23:41:00 | Duquesne Light, Customer Care Department, 411 Seventh Ave, MD 6-1, Pittsburgh, PA 15230 |
| 15374606 | + EDI: CAPITALONE.COM | Feb 08 2023 23:40:00 | Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91411 |
| 15374607 | + EDI: CAPONEAUTO.COM | Feb 09 2023 04:44:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15378400 | + EDI: AISACG.COM | Feb 09 2023 04:44:00 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 15374609 | + Email/Text: BKBCNMAIL@carringtonms.com | Feb 09 2023 04:44:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15374610 | + EDI: CITICORP.COM | Feb 08 2023 23:40:00 | Carrington Mortgage Services LLC, PO Box 5001, Westfield, IN 46074-5001 |
| 15374611 | + EDI: WFNNB.COM | Feb 09 2023 04:44:00 | Citicards CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 15374612 | + EDI: WFNNB.COM | Feb 09 2023 04:44:00 | Comenity Bank/Victorias Secret, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 15380678 | EDI: DIRECTV.COM | Feb 09 2023 04:44:00 | Comenity Capital Bank/Big Lots Credit, PO Box 182120, Columbus, OH 43218-2120 |
| 15378441 | + Email/Text: BKRMailOps@weltman.com | Feb 09 2023 04:44:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 15395037 | + Email/Text: kburkley@bernsteinlaw.com | Feb 08 2023 23:40:00 | Dollar Bank, FSB, C/O Weltman Weinberg & Reis Co L.P.A., Po Box 93784, Cleveland, OH 44101-5784 |
| 15545058 | Email/Text: operationsclerk@easypayfinance.com | Feb 08 2023 23:41:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15374617 | + Email/Text: support@ljross.com | Feb 08 2023 23:40:00 | Easypay Finance, PO Box 2549, Carlsbad, CA 92018 |
| 15374628 | Email/Text: bankruptcies@lead.bank | Feb 08 2023 23:40:00 | L.J. Ross Associates, Inc., 4 Universal Way, Jackson, MI 49202-1455 |
| 15374620 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 08 2023 23:40:00 | Self Financial Inc./Lead Bank, 1801 Main Street, Kansas City, MO 64108 |
| 15384793 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 08 2023 23:53:17 | LVNV Funding LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 15374619 | + EDI: RMSC.COM | Feb 08 2023 23:53:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15395477 | + EDI: AISMIDFIRST | Feb 09 2023 04:44:00 | Lowe's, Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 15387075 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 09 2023 04:44:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15391419 | + Email/Text: ecfbankruptcy@progleasing.com | Feb 08 2023 23:40:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| | | Feb 08 2023 23:40:00 | NPRTO North-East, LLC, 256 West Data Drive, 256 West Data Drive, Draper, UT 84020-2315 |

| District/off: 0315-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 08, 2023 | Form ID: 318 | Total Noticed: 57 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15374627 | + | Email/Text: bankruptcynotices@psecu.com | Feb 08 2023 23:40:00 | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 15379742 | + | Email/Text: ebnpeoples@grblaw.com | Feb 08 2023 23:40:00 | Peoples Natural Gas Company LLC, c/o GRB Law, Frick Bldg., 437 Grant St., 14th Fl., Pittsburgh, PA 15219-6101 |
| 15391446 | | EDI: Q3G.COM | Feb 09 2023 04:44:00 | Quantum3 Group LLC as agent for, GoodLeap, PO Box 788, Kirkland, WA 98083-0788 |
| 15548499 | | EDI: Q3G.COM | Feb 09 2023 04:44:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15390756 | | EDI: Q3G.COM | Feb 09 2023 04:44:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15374629 | + | EDI: RMSC.COM | Feb 09 2023 04:44:00 | SYNCB/Mattress Firm, PO Box 965036, Orlando, FL 32896-5036 |
| 15391383 | + | EDI: RMSC.COM | Feb 09 2023 04:44:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15375481 | + | EDI: RMSC.COM | Feb 09 2023 04:44:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15374630 | + | EDI: WTRRNBANK.COM | Feb 09 2023 04:44:00 | TD Bank USA/Target Credit, PO Box 1470, Minneapolis, MN 55440-1470 |
| 15374632 | ^ | MEBN | Feb 08 2023 23:37:37 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15390514 | ^ | MEBN | Feb 08 2023 23:37:43 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15545059 | *+ | PA Turnpike Toll By Plate, PO Box 645631, Pittsburgh, PA 15264-5254 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2023          Signature:     /s/Gustava Winters

District/off: 0315-2 | User: admin | Page 4 of 4
Date Rcvd: Feb 08, 2023 | Form ID: 318 | Total Noticed: 57

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Michael C. Eisen | on behalf of Debtor Ryan A. Wellington attorneyeisen@yahoo.com aarin96@hotmail.com |
| Michael C. Eisen | on behalf of Joint Debtor D'Andrea Nicole Wellington attorneyeisen@yahoo.com aarin96@hotmail.com |
| Natalie Lutz Cardiello | ncardiello@cardiello-law.com ncardiello@ecf.axosfs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 7